USCA1 Opinion

 

 July 1, 1993 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 93-1120 CHARLES MERRILL MOUNT, Plaintiff, Appellant, v. UNITED STATES OF AMERICA, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Rya W. Zobel, U.S. District Judge] ___________________ ____________________ Before Breyer, Chief Judge, ___________ Selya and Stahl, Circuit Judges. ______________ ____________________ Charles Merrill Mount on brief pro so. _____________________ A. John Pappalardo, United States Attorney, and Tobin N. Harvey, __________________ ________________ Assistant United States Attorney, on Memorandum in Support of Motion for Summary Disposition for appellee. ____________________ ____________________ Per Curiam. In this most recent challenge to his __________ 1988 conviction for interstate transportation of stolen property (one of a series of such challenges he has brought pursuant to 28 U.S.C. 2255), petitioner alleges that the evidence was insufficient to support the jury's finding of guilt. In particular, he contends that the testimony of two government witnesses was unworthy of credence. In our decision on direct appeal, we discussed such testimony at some length and found that the jury was justified in relying thereon. See United States v. Mount, 896 F.2d 612, 616-20 ___ _____________ _____ (1st Cir. 1990). The arguments now advanced by petitioner, even if not procedurally barred, provide no basis for revisiting this issue. Affirmed. _________